UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPHE ARMSTRONG,

    Plaintiff,

v.

                        Case No. 09-CV-11704

EAGLE ROCK ENTERTAINMENT, INC.,

    Defendant.
                                               /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's 'Motion for Judgment on the Pleadings, Motion for Summary Judgment in the Alternative'" dated September 10 , 2009,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Eagle Rock Entertainment, Inc. and against Plaintiff Ralphe Armstrong.

Dated at Detroit, Michigan, this 10th  day of September, 2009.

                                                 DAVID J. WEAVER
                                                 CLERK OF THE COURT

                               BY: S/Lisa Wagner
                                     Lisa Wagner, Deputy Clerk
                                     and Case Manager to
                                     Judge Robert H. Cleland